

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

David Andrew Jackson,                           * From the 358th District Court
                                                  of Ector County,
                                                  Trial Court No. D-21-1753-CR.

Vs. No. 11-23-00156-CR                          * August 24, 2023

The State of Texas,                             * Memorandum Opinion by Trotter, J.
                                                  (Panel consists of: Bailey, C.J.,
                                                  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.